**EXHIBIT B**

**UNITED STATES PATENT NO. 6,582,380**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 58**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US 6,582,380 | Polar Vantage V (The accused instrumentalities) |
|---|---|
| [58.1] A method of modifying an activity level of a subject, said subject being one of a human being and a primate, comprising the steps of: | To the extent the preamble is limiting, Polar Electro ("Defendant") makes, uses, sells, and offers for sale wearable devices, which offers a method of modifying an activity level of a subject, said subject one of a human being a primate.<br><br>For example, Defendant's Polar Vantage V watch can be worn by the user ("subject") to track activities like cycling, swimming, running, walking, steps calculation, heart monitoring, sleep patterns, etc. ("modifying an activity level"). The watch incorporates sensors which can differentiate various activity levels performed by a user ("human being") such as running, walking, cycling, sleeping, stairs climbing, etc. The user can see the activity progress on the watch screen and/or through the Android/iOS app "Polar Flow" available for the smartphones. |

# POLAR VANTAGE V



Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, last accessed May 12, 2022

**24/7 ACTIVITY TRACKING**

The Polar Vantage V tracks your activity with an internal 3D accelerometer that records your wrist movements. It analyzes the frequency, intensity and regularity of your movements together with your physical information, allowing you to see how active you really are in your everyday life, on top of your regular training. You should wear your watch on your non-dominant hand to ensure you get the most accurate activity tracking.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf page 85, last accessed May 12, 2022

The circle around the watch face and the percentage below time and date show your progress towards your daily activity goal. The circle fills with light blue color as you are active.

In addition, you can see the following details of your day's accumulated activity:

- Steps you've taken so far. The amount and type of body movements are registered and turned into an estimation of steps.
- Active time tells you the cumulative time of body movements that benefit your health.
- Calories you've burned through training, activity and BMR (Basal metabolic rate: the minimum metabolic activity required to maintain life).

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 86, last accessed May 12, 2022



Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 86, last accessed May 12, 2022

### START A MULTISPORT TRAINING SESSION

Multisport allows you to include multiple sports in one training session, and seamlessly switch between sports without interrupting your training recording. During a multisport training session your transition times between sports are automatically monitored, allowing you to see how long it took you to switch from one sport to another.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 39, last accessed May 12, 2022

### WRIST-BASED HEART RATE MEASUREMENT

Your watch measures your heart rate from the wrist with the **Polar Precision Prime**™ sensor fusion technology. This new heart rate innovation combines optical heart rate measurement with skin contact measurement, ruling out any disturbances to the heart rate signal. It tracks your heart rate accurately even in the most demanding conditions and training sessions.

Although there are many subjective clues as to how your body is doing during exercise (perceived exertion, breathing rate, physical sensations), none of them are as reliable as measuring heart rate. It is objective and affected by both internal and external factors—meaning that you will have a dependable measure of your physical state.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 36, last accessed May 12, 2022

## WEARING YOUR WATCH WHEN MEASURING HEART RATE FROM YOUR WRIST

To measure wrist-based heart rate accurately during training (and when using the Continuous Heart Rate feature) make sure that you wear the watch correctly:

- Wear your watch on top of your wrist, at least a finger's width up from the wrist bone (see the picture below).
- Tighten the wristband firmly around your wrist. The sensor on the back must be in constant touch with your skin and the watch should not be able to move on your arm. A good way to check that the wristband is not too loose is if you push the wristband lightly up from both sides of your arm

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf page 36 Last accessed May 12, 2022



Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 37, last accessed May 12, 2022



When the feature is on, the watch continuously measures your heart rate and displays it on the Heart rate watch face. When opening the details, you can check your highest and lowest heart rate readings of the day and also view what your lowest heart rate reading of the previous night was.

The watch tracks your heart rate in 5-minute intervals and records the data for later analysis in the Flow app or web service. If the watch detects that your heart rate is elevated, it starts to record your heart rate continuously. Continuous recording can also start based on your wrist movements, for example, when you're walking with a fast enough pace for at least one minute. The continuous recording of your heart rate stops automatically when your activity level drops low enough. When your watch detects that your arm is not moving or when your heart rate is not elevated it tracks your heart rate in 5-minute cycles to find your lowest reading of the day.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 82, last accessed May 12, 2022

## POLAR SLEEP PLUS<sup>TM</sup>

Your watch tracks your sleep if you wear it at night. It detects when you fall asleep and when you wake up and collects the data for deeper analysis in the Polar Flow app and web service. The watch observes your hand movement during the night to track all interruptions over the entire sleep span, and tells you how much time you actually spent asleep.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 83, last accessed May 12, 2022



Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 84, last accessed May 12, 2022



The circle around the GPS icon will turn green when the GPS is ready. The watch notifies you with a sound and vibration.

The watch has found your heart rate when your heart rate is shown.



When you're wearing a Polar heart rate sensor that's paired with your watch, the watch automatically uses the connected sensor to measure your heart rate during training sessions. A blue circle around the heart rate symbol indicates that your watch uses the connected sensor to measure your heart rate.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 83, last accessed May 12, 2022

## BROWSE THE TRAINING VIEWS

During training you can browse through the training views with UP/DOWN. Note that the available training views and the information you see on the training views depend on the sport you've chosen and on your edit of the chosen sport profile.

You can add sport profiles on your watch and define the settings for each sport profile in the Polar Flow app and web service. You can create tailored training views for each sport you do and choose what data you want to follow during your sessions. For more information, see Sport profiles in Flow.

For example, your training views can have the following information:

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 43, last accessed May 12, 2022



Your heart rate and the heart rate ZonePointer

Distance

Duration

Pace/Speed



Your heart rate and the heart rate ZonePointer

Duration

Calories

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 44, last accessed May 12, 2022



Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 44, last accessed May 12, 2022

| [58.2] detecting a level of physical movement of an object; | Defendant detects a level of physical movement of an object.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

For example, Polar Vantage V watch can detect activities such as exercise, walking, running, sleep, heart rate, etc. ("level of physical movement") of the user ("an object"). Vantage V achieves this by various sensors incorporated in the wearable as shown below:

## SPEED AND DISTANCE FROM THE WRIST

Your watch measures speed and distance from your wrist movements with a built-in accelerometer. This feature comes in handy when running indoors or in places with limited GPS signals. For maximum accuracy make sure you've set your handedness and height correctly. Speed and distance from the wrist works best when running at a pace that is natural and feels comfortable for you.

Wear your watch snugly on your wrist to avoid any shaking. To get consistent readings it should always be worn on the same position on your wrist. Avoid wearing any other devices like watches, activity trackers or phone armbands on the same arm. In addition, do not hold anything in the same hand like a map or a phone.

Speed and distance from the wrist is available in the following running type sports: Walking, Running, Jogging, Road running, Trail running, Treadmill running, Track and field running and Ultra running. To see speed and distance during a training session, make sure you have speed and distance added to the training view of the sport profile you use when running. This can be done in **Sport Profiles** in the Polar Flow mobile app or in the Flow web service.

Source: https://www.mobvoi.com/us/pages/ticwatchgtx, last accessed May 12, 2022

## START A MULTISPORT TRAINING SESSION

Multisport allows you to include multiple sports in one training session, and seamlessly switch between sports without interrupting your training recording. During a multisport training session your transition times between sports are automatically monitored, allowing you to see how long it took you to switch from one sport to another.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf page 39 Last accessed May 12, 2022

## WRIST-BASED HEART RATE MEASUREMENT

Your watch measures your heart rate from the wrist with the **Polar Precision Prime**™ sensor fusion technology. This new heart rate innovation combines optical heart rate measurement with skin contact measurement, ruling out any disturbances to the heart rate signal. It tracks your heart rate accurately even in the most demanding conditions and training sessions.

Although there are many subjective clues as to how your body is doing during exercise (perceived exertion, breathing rate, physical sensations), none of them are as reliable as measuring heart rate. It is objective and affected by both internal and external factors—meaning that you will have a dependable measure of your physical state.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 36, last accessed May 12, 2022

### 24/7 ACTIVITY TRACKING

The Polar Vantage V tracks your activity with an internal 3D accelerometer that records your wrist movements. It analyzes the frequency, intensity and regularity of your movements together with your physical information, allowing you to see how active you really are in your everyday life, on top of your regular training. You should wear your watch on your non-dominant hand to ensure you get the most accurate activity tracking.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 85, last accessed May 12, 2022

The circle around the watch face and the percentage below time and date show your progress towards your daily activity goal. The circle fills with light blue color as you are active.

In addition, you can see the following details of your day's accumulated activity:

- Steps you've taken so far. The amount and type of body movements are registered and turned into an estimation of steps.
- Active time tells you the cumulative time of body movements that benefit your health.
- Calories you've burned through training, activity and BMR (Basal metabolic rate: the minimum metabolic activity required to maintain life).

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 86, last accessed May 12, 2022



Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 86, last accessed May 12, 2022

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [58.3] recording the detected level of physical movement; | Defendant records the detected level of physical movement.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Polar Vantage V watch records user's exercise, walking, running, sleep, heart rate, etc. ("the detected level of physical movement"). Polar Vantage V can store up to 90 hours of training data on the device itself and which also syncs with the Polar Flow Mobile App of the Vantage V user. The records can be accessed on the watch screen or through Polar Flow App on the mobile:

| Memory capacity: | Up to 90 hours of training with GPS and heart rate depending on your language settings |

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 148, last accessed May 12, 2022

**24/7 ACTIVITY TRACKING**

The Polar Vantage V tracks your activity with an internal 3D accelerometer that records your wrist movements. It analyzes the frequency, intensity and regularity of your movements together with your physical information, allowing you to see how active you really are in your everyday life, on top of your regular training. You should wear your watch on your non-dominant hand to ensure you get the most accurate activity tracking.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 85, last accessed May 12, 2022 |



Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 86, last accessed May 12, 2022

**START A MULTISPORT TRAINING SESSION**

Multisport allows you to include multiple sports in one training session, and seamlessly switch between sports without interrupting your training recording. During a multisport training session your transition times between sports are automatically monitored, allowing you to see how long it took you to switch from one sport to another.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 39, last accessed May 12, 2022

In addition, when opening the details, you can view the summaries of your training sessions from the last 14 days. Browse to the training session you want to view with UP/DOWN and press OK to open the summary. For more information, see Training summary.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 18, last accessed May 12, 2022



When the feature is on, the watch continuously measures your heart rate and displays it on the Heart rate watch face. When opening the details, you can check your highest and lowest heart rate readings of the day and also view what your lowest heart rate reading of the previous night was.

The watch tracks your heart rate in 5-minute intervals and records the data for later analysis in the Flow app or web service. If the watch detects that your heart rate is elevated, it starts to record your heart rate continuously. Continuous recording can also start based on your wrist movements, for example, when you're walking with a fast enough pace for at least one minute. The continuous recording of your heart rate stops automatically when your activity level drops low enough. When your watch detects that your arm is not moving or when your heart rate is not elevated it tracks your heart rate in 5-minute cycles to find your lowest reading of the day.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 82, last accessed May 12, 2022

## POLAR SLEEP PLUS™

Your watch tracks your sleep if you wear it at night. It detects when you fall asleep and when you wake up and collects the data for deeper analysis in the Polar Flow app and web service. The watch observes your hand movement during the night to track all interruptions over the entire sleep span, and tells you how much time you actually spent asleep.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 83, last accessed May 12, 2022



Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 84, last accessed May 12, 2022

## TRAINING SUMMARY

### AFTER TRAINING

You'll get a summary of your training session on your watch right after you've stopped training. Get a more detailed and illustrated analysis in the Polar Flow app or in the Polar Flow web service.

The information shown in your summary depends on the sport profile and data collected. For example, your training summary can include the following information:



Start time and date

Duration of the session

Distance covered in the session

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 49, last accessed May 12, 2022



**Heart rate**

Your average and maximum heart rate during the session.

Your Cardio Load from the session

**Heart rate zones**

Training time spent in different heart rate zones

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 50, last accessed May 12, 2022

<table>
<tr>
<td></td>
<td>



**Cadence**

Your average and maximum cadence for the session

ⓘ *Running cadence is measured with a built-in accelerometer from your wrist movements. Cycling cadence is shown if you have a Polar Cadence Sensor Bluetooth® Smart in use.*

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 51, last accessed May 12, 2022

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>

[58.4] searching for a match between the detected level of physical movement and a predetermined pattern of physical movement by maintaining a sliding window of analysis, wherein said sliding window is a time period over which the recorded detected
</td>
<td>

Defendant searches for a match between the detected level of physical movement and a predetermined pattern of physical movement by maintaining a sliding window of analysis, wherein said sliding window is a time period over which the recorded detected level of physical movement is searched for the predetermined pattern of physical movement, said sliding window sliding forward in time.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Polar Vantage V watch contains various sensors to track physical movements and the built-in software is smart enough to differentiate between different types of physical movement such as running, walking, sleeping, cycling, etc. ("searches for a match between the detected level of physical movement and a predetermined pattern of physical movement"). It records total time for different types of activity or records a session time ("maintaining a sliding window of analysis") for a user's physical movement over a period of time ("sliding window is a time period"). Additionally, it
</td>
</tr>
</table>

| | |
|---|---|
| level of physical movement is searched for the predetermined pattern of physical movement, said sliding window sliding forward in time; and | can recognize the patterns and review data on the Watch screen or Polar Flow App on the smartphone by comparing the activity of the object with the previous data.<br><br> When the feature is on, the watch continuously measures your heart rate and displays it on the Heart rate watch face. When opening the details, you can check your highest and lowest heart rate readings of the day and also view what your lowest heart rate reading of the previous night was.<br><br>The watch tracks your heart rate in 5-minute intervals and records the data for later analysis in the Flow app or web service. If the watch detects that your heart rate is elevated, it starts to record your heart rate continuously. Continuous recording can also start based on your wrist movements, for example, when you're walking with a fast enough pace for at least one minute. The continuous recording of your heart rate stops automatically when your activity level drops low enough. When your watch detects that your arm is not moving or when your heart rate is not elevated it tracks your heart rate in 5-minute cycles to find your lowest reading of the day.<br><br>Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 82, last accessed May 12, 2022 |

**POLAR SLEEP PLUS™**

Your watch tracks your sleep if you wear it at night. It detects when you fall asleep and when you wake up and collects the data for deeper analysis in the Polar Flow app and web service. The watch observes your hand movement during the night to track all interruptions over the entire sleep span, and tells you how much time you actually spent asleep.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 83, last accessed May 12, 2022

## TRAINING SUMMARY

### AFTER TRAINING

You'll get a summary of your training session on your watch right after you've stopped training. Get a more detailed and illustrated analysis in the Polar Flow app or in the Polar Flow web service.

The information shown in your summary depends on the sport profile and data collected. For example, your training summary can include the following information:



Start time and date

Duration of the session

Distance covered in the session

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 49, last accessed May 12, 2022

# POLAR FLOW

## POLAR FLOW APP

In the Polar Flow mobile app, you can see an instant visual interpretation of your training and activity data. You can also plan your training in the app.

### TRAINING DATA

With the Polar Flow app, you can easily access the information of your past and planned training sessions and create new training targets. You can choose to create a quick target or a phased target.

Get a quick overview of your training, and analyze every detail of your performance right away. See weekly summaries of your training in the training diary. You can also share the highlights of you training with your friends with the Image sharing function.

### ACTIVITY DATA

See details of your 24/7 activity. Find out how much you're missing from your daily activity goal and how to reach it. See steps, covered distance based on steps and burned calories.

### SLEEP DATA

Follow your sleeping patterns to see if they're affected by any changes in your daily life and find the right balance between rest, daily activity and training. With the Polar Flow app, you can view the timing, amount, and quality of your sleep.

You can set your preferred sleep time to define how long you aim to sleep every night. You can also rate your sleep. You'll receive feedback on how you slept based on your sleep data, your preferred sleep time and your sleep rating.

Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 126, last accessed May 12, 2022



The free, simple, online platform used by millions of people around the world to track and analyze their training, fitness, activity, recovery and sleep.

Source: https://www.polar.com/us-en/flow/, last accessed May 12, 2022



# All your activity in one place.

See your steps, calories burned, distance traveled, and 24/7 heart rate data in one view. Keep your goals in sight, and adapt them to fit your needs.

Source: https://www.polar.com/us-en/flow/, last accessed May 12, 2022



Source: https://apps.apple.com/app/polar-flow/id717172678, last accessed May 12, 2022



Source: https://apps.apple.com/app/polar-flow/id717172678, last accessed May 12, 2022

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [58.5] sending, if there is a match between the detected level of physical movement and the predetermined pattern of physical movement, a pattern recognition feedback signal to one of a subject, a supervisor, and both the subject and the supervisor. | Defendant sends, if there is a match between the detected level of physical movement and the predetermined pattern of physical movement, a pattern recognition feedback signal to one of a subject, a supervisor, and both the subject and the supervisor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Polar Vantage V watch notifies a user on planned heart zones, speed zones, power zone etc. ("sending if there is a match between the detected level of physical movement and the predetermined pattern of physical movement"), including in the case of going out of the locked heart zone, speed zone, or power zone, etc. ("a pattern recognition feedback signal to one of a subject, a supervisor and both the subject and the supervisor").<br><br>**LOCK A HEART RATE, SPEED OR POWER ZONE**<br><br>With the ZoneLock feature you can lock the zone you're currently in based on heart rate, speed/pace or power, and make sure you stay in the chosen zone during training without having to check your watch. If you go outside the locked zone during training, your watch notifies you with a vibration.<br><br>The ZoneLock feature for heart rate, speed/pace and power zones must be set on for each sport profile individually. You can set it on in the Flow web service sport profile settings under the Heart rate, Speed/Pace or Power settings.<br><br>Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 46, last accessed May 12, 2022<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Defendant. |
| 62. The activity level modification method of claim 58, wherein the detecting the level of physical movement | Defendant detects the level of physical movement including a level of acceleration of the subject.<br><br>For example, Polar Vantage V has a built-in accelerometer to detect user's walking, running, swimming, cycling, etc.<br><br>This dependant claim is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| of the subject comprises: detecting a level of acceleration of the subject | **24/7 ACTIVITY TRACKING**<br><br>The Polar Vantage V tracks your activity with an internal 3D accelerometer that records your wrist movements. It analyzes the frequency, intensity and regularity of your movements together with your physical information, allowing you to see how active you really are in your everyday life, on top of your regular training. You should wear your watch on your non-dominant hand to ensure you get the most accurate activity tracking. |
| | Source: https://support.polar.com/e_manuals/vantage-v/polar-vantage-v-user-manual-english/manual.pdf, page 85, last accessed May 12, 2022 |